# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 5, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129788 & (24)


ALYCE CAUDILL, Personal
Representative of the Estate of DOYCE
CAUDILL, Deceased,
            Plaintiff-Appellee,

v

TERRY HOWELL, M.D.,
            Defendant-Appellant.

SC: 129788
COA: 264544
Washtenaw CC: 03-000566-NH

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the September 20, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should now be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 5, 2006

_____
Clerk

d0105